## DECLARATION OF ANDREW CIVETTI

I, Andrew Civetti, declare as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI").  I write this declaration in support of the government's sentencing position in the matter United States v. David F. Alexander, 21-CR-572-SB.  I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2.      Exhibit 1 is a copy of an FBI Report of Interview of David H. Wright dated February 28, 2022.

3.      Exhibit 2 is a copy of an article from the Los Angeles Times titled "Six years after overcharging fiasco, DWP's lawyer accused of double-dealing" dated March 16, 2019.

4.      Exhibit 3 is a copy of an email from John Quan dated March 11, 2019.

5.      Exhibits 4 and 5 are audio clips of a surreptitiously recorded conversation between defendant and Paul Paradis on July 16, 2019.

6.      Exhibit 6 is a copy of a webpage from Transparent California, which is also publicly available at https://transparentcalifornia.com/salaries/2018/los-angeles-department-water-and-power/david-f-alexander/.

7.      Exhibit 7 is an audio clip of a surreptitiously recorded conversation between defendant and Paradis on July 17, 2019.

8.      Exhibit 8 is an audio clip of a surreptitiously recorded conversation between defendant and David Wright on July 23, 2019.

9.      Exhibits 9 and 10 are audio clips of a surreptitiously recorded conversation between defendant and Paradis on July 23, 2019.

10.     Exhibit 11 is an audio clip of defendant's interview with the FBI on July 24, 2019.

11.     Exhibits 12 and 13 are audio clips of defendant's interview with the FBI on July 26, 2019.

12.    Exhibit 14 are redacted copies of selected text messages between defendant and Paradis from July 1, 2019 to July 11, 2019.

13.    Exhibit 15 is a video and audio clip of the discussion related to Agenda Item B ("Opening Remarks by the Commission President") (approximately 21 minutes and five seconds) at an LADWP Board meeting on December 14, 2021.  The recording is publicly available in the LADWP Board's video archives at the following link: http://ladwp.granicus.com/MediaPlayer.php?view_id=2&clip_id=1853.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 24, 2022.

ANDREW CIVETTI

## Exhibit 1

- 1 of 1 -

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry _____05/20/2022_____

On February 28, 2022, DAVID WRIGHT, date of birth ████1960, social
security account number █████3945, was interviewed by Special Agents
Robert Logan and Cameron Schroeck by telephone. Also present during the
interview was WRIGHT's Attorney Anthony Pacheco, and Assistant United States
Attorney ("AUSA") Melissa Mills and Susan Har. After being advised of the
identity of the interviewing Agent and the nature of the interview, WRIGHT
provided the following information:

*[Agent Note: WRIGHT was advised that lying to the FBI was a federal offense
and that lying included omitting information. WRIGHT affirmatively
acknowledged he understood all of these admonishments and that he must be
completely truthful. This information is supplemental to an earlier FD-302
that was published.]*

## David Alexander

As the Chief cyber Risk Officer at Los Angeles Department of Water and Power
(LADWP), DAVID ALEXANDER was tasked with making critical decisions on behalf
of LADWP to minimize cyber threats and enhance the security of critical
infrastructure. ALEXANDER had full access to virtually all confidential
records maintained by LADWP, including all personnel records for the
departments employees and customers. ALEXANDER had access to highly
confidential systems used by LADWP to keep the power grid and the water flow
operational. ALEXANDER also had full access to the Supervisory Control and
Data Acquisition(SCADA) systems used by LADWP to monitor and control the
distribution of electricity throughout the grid. ALEXANDER had full access
to the department's purchasing and procurement system.

Investigation on __02/28/2022__ at __Los Angeles, California, United States (In Person)__

File # __194B-LA-3082417__                              Date drafted __05/20/2022__

by __LOGAN ROBERT ANTHONY__

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

<u>**Exhibit 2**</u>

ADVERTISEMENT



Transform mission-critical IT operations.
Careers with impact.

APPLY NOW

CALIFORNIA

# Six years after overcharging fiasco, DWP's lawyer accused of double-dealing



Los Angeles Times

Discover the West Coast Perspective

$1 for 6 months

SUBSCRIBE NOW

MARCH 16, 2019 3:35 PM PT

  

The Los Angeles Department of Water and Power's reputation hit a low six years ago when the agency's new billing system sent out wildly inaccurate bills, [overcharging hundreds of thousands](#) of customers.

The chaos prompted widespread outrage and promises by the DWP to fix the problems and reimburse ratepayers $67 million in overcharges.

Now, the billing fiasco is sparking fresh controversy, this time centered on City Atty. Mike Feuer's office and the role of an outside lawyer it hired to handle litigation stemming from the overcharges.

Attorney Paul Paradis worked for the city as special counsel in its lawsuit against PricewaterhouseCoopers, the consulting giant that implemented the billing system. At the same time, Paradis represented a DWP customer who would become the lead plaintiff in a class-action lawsuit against the city, according to testimony in the case.

Paradis also secured no-bid contracts from the DWP worth more than $30 million to help fix the utility's billing problems.

ADVERTISING 

Los Angeles Times

**Discover the West Coast Perspective**

$1 for 6 months

SUBSCRIBE NOW



Learn more

PricewaterhouseCoopers alleges in court records that Paradis' actions represent a conflict of interest and were part of a larger scheme: The firm claims that Paradis and the city worked together to select the plaintiff and the attorney who handled the class-action lawsuit over the billing snafus in an effort to get a more favorable settlement for the DWP.

"What has been exposed through discovery is a deceptive scheme of stunning scope," PricewaterhouseCoopers attorney Daniel Thomasch wrote in a brief filed March 1 in Los Angeles Superior Court.

At a court hearing last week in the city's ongoing lawsuit against PricewaterhouseCoopers, a judge ordered Paradis to sit for a deposition so he could be questioned under oath by the consulting firm's lawyers.

Days later, Paradis withdrew as one of the attorneys in the city's case against PricewaterhouseCoopers. His lawyer, David Scheper, decried what he called "false allegations" made by the consulting firm's attorneys.

"Mr. Paradis stepped down as special counsel for the city ... to dedicate time and energy in his consulting practice on cybersecurity work he's doing for the DWP, which is critical to the city's interests," Scheper told The Times in an email last week.

On Tuesday, however, the DWP board voted to cancel Paradis' $30-million consulting contract "to eliminate any potential conflict or the appearance of a conflict of interest," the utility said in a statement.



☰    Los Angeles Times    Subscribe and Save    LOG IN   🔍

Los Angeles Times

Discover the West Coast Perspective
$1 for 6 months

SUBSCRIBE NOW   ✖

Case 2:21-cr-00572-SB Document 39-1 Filed 05/24/22 Page 9 of 50 Page ID #:706

Paul Kiesel, a Beverly Hills attorney hired by the city as special counsel and working with Paradis on the PricewaterhouseCoopers lawsuit, also stepped down last week, saying he did not want to become a distraction to the litigation. He called PricewaterhouseCooper's allegations "baseless" and an attempt to draw attention away from the city's claims against the firm.

Feuer's office represents the DWP in litigation related to the billing errors.

The two outside lawyers — Kiesel and Paradis — had been working under a contingency agreement that would have paid them nearly 20% of any settlement or damages award in the city's lawsuit against PricewaterhouseCoopers.

A representative for Feuer's office also denied the consulting firm's allegations but said an ethics review is underway of DWP contracts and issues related to the settlement.

"I take any allegation of improper conduct by any attorney under our authority — including outside counsel — extremely seriously," Feuer said in a statement, adding that he will take decisive action if the review finds wrongdoing.

The DWP's billing debacle occurred as the agency was rolling out a replacement for its antiquated system in 2013. Angry customers who called the department to complain found themselves on hold for half an hour or more.

Among those overcharged was Antwon Jones, a Van Nuys resident who received a $1,374 electric bill from the utility — far more than what he had been paying for service.

On April 1, 2015, Jones filed a class-action lawsuit against the city. He was one of several ratepayers who sued over the billing errors. A settlement with Jones was announced a few months later and was blessed by a judge in 2017. It required the utility

**Los Angeles Times**

**Discover the West Coast Perspective**
$1 for 6 months

SUBSCRIBE NOW

✖

Around the time Jones filed his lawsuit, the city sued PricewaterhouseCoopers, accusing the consulting firm of misrepresenting its ability to implement the billing system.

It was while seeking records to defend that lawsuit that PricewaterhouseCoopers lawyers allege they caught wind of the scheme involving Paradis, whom they accuse of concealing his work for the city from his client Jones.

Jones testified in a deposition last month that he was contacted by Paradis, a New York lawyer, in December 2014 after he filed an online complaint with what he thought was a consumer website about his inflated electric bill.

"I want to start a class action lawsuit ASAP. They can't get away with this," he wrote in his online complaint, in which he also expressed interest in speaking with a lawyer.

Within a week of Paradis' email reply, Jones said, he retained the attorney to represent him in potential legal proceedings against the DWP.

By January 2015, Paradis was working as a special counsel for Feuer's office, according to his city contract. He was hired to work on possible litigation against PricewaterhouseCoopers.

PricewaterhouseCoopers attorney Thomasch alleged in his March 1 brief that city attorneys and Paradis discussed having Jones sue the firm.

The city attorney's office confirmed in a court filing that such discussions had occurred and that top city attorneys requested the preparation of a draft complaint titled Jones vs. PricewaterhouseCoopers. But city attorneys denied there was a conflict of interest, saying that Jones had retained Paradis to represent him in a potential lawsuit against the consulting firm.



Los Angeles Times

Discover the West Coast Perspective
$1 for 6 months

SUBSCRIBE NOW

"These facts demonstrate that Mr. Jones and the city shared a common interest, namely bringing a lawsuit against PwC, to recover monies owed to both," the filing states. "Because Mr. Jones and the city shared the desire to recover monies from the true alleged wrongdoer, Mr. Jones and the city were not at that time 'adverse parties.'"

Los Angeles Superior Court Judge Elihu Berle, who approved the class-action ratepayer settlement and is presiding over the city's case against PricewaterhouseCoopers, this week ordered the release of a draft Jones vs. PricewaterhouseCoopers complaint sought by the consulting firm.

Berle said he was taking the action because PricewaterhouseCoopers "has presented sufficient evidence to establish a prima facie case of fraud by the city and its counsel, fraud on Mr. Jones, possible fraud on the public, and possible fraud on the court," according to a court transcript.

Jones, who is not accused of any wrongdoing, said in his deposition he sought out a lawyer to sue the DWP. At one point, Jones said he asked Paradis to investigate whether he had claims against PricewaterhouseCoopers, but ultimately proceeded with his plan to sue only the city.

He also said that he was never informed that Paradis worked for the city.

In late March 2015, Paradis sent an email to Jones, introducing him to Jack Landskroner, an Ohio consumer rights attorney.

Landskroner filed Jones vs. City of Los Angeles less than a week later. But Paradis never formally withdrew as his lawyer, Jones said, testifying that he thought both Landskroner and Paradis were his attorneys up through the lawsuit's final settlement in



Paradis' attorney Scheper didn't respond to a Times' email asking for the time period
that Paradis represented Jones.

Paradis participated in mediations in the Jones lawsuit, according to a city attorney's
spokesman, who told The Times that Paradis was there to "provide the city's attorneys
with technical input" on the billing system.

PricewaterhouseCoopers contends that Landskroner and the city's special counsels,
Paradis and Kiesel, worked together to clear the way for a settlement that was reached
without a full public airing of the issues.

At the time the settlement was announced, consumer advocates criticized the agreement
for giving the DWP too much influence over deciding how much customers had been
overcharged and how to fix the billing problems.

The DWP, required under the settlement to improve its billing system, gave one of
Paradis' companies, Aventador Utility Solutions, a no-bid, $30-million contract in 2017
to do remediation work. His company was paid more than $20 million before the DWP
board voted Tuesday to cancel the agreement, a DWP spokesman said.

Paradis' law firm had previously secured a similar contract with the utility worth about
$6 million.

For his part, Landskroner reaped a huge payday from attorney fees in the case.

"Landskroner, without taking or defending a single deposition, garnered the majority of
$19 million in total fees divided among counsel — a significant portion of which appears
attributable to work apparently performed before he was even introduced to Jones, "
Thomasch wrote in his March 1 brief.



At a hearing last week, Berle asked Landskroner if any referral fees had been paid to Paradis. Landskroner deferred to his lawyer, Mark Drooks, who cited his client's 5th Amendment protections against self-incrimination and declined to answer the judge's question.

Referral fees are common in California, allowing lawyers to receive a portion of fees earned in a case that they passed on to other attorneys to handle the work.

In his email to The Times, Paradis' lawyer, Scheper, denied that his client got any of the fees from the Jones case.

Landskroner declined to comment through his attorney.

At the hearing, a visibly agitated Berle ordered the city to stop all payments to Paradis and Landskroner. He set another hearing to determine whether an independent audit is needed.

Berle also directed both attorneys to be deposed by PricewaterhouseCoopers.

"Everybody understood that Mr. Paradis was the hub," Thomasch told the court. "Every spoke comes into him, and it has been that way from the fall of 2014 to today."

---

**UPDATES:**

**March 16, 2019:** This article was updated to include Los Angeles Superior Court Judge Elihu Berle's ruling on the release of a draft court complaint and his comments at that hearing.



CALIFORNIA



## The stories shaping California

Get up to speed with our Essential California newsletter, sent six days a week.

Enter email address

**SIGN ME UP**

You may occasionally receive promotional content from the Los Angeles Times.



Dakota Smith

🐦 Twitter     📷 Instagram     ✉ Email     f Facebook

Dakota Smith covers Los Angeles Mayor Eric Garcetti and City Hall for the Los Angeles Times.



Kim Christensen

🐦 Twitter

Kim Christensen is a former investigative reporter on the Los Angeles Times' projects team. He has more than 30 years of experience in newspapers, starting with the Dayton Daily News in his hometown in Ohio. He has shared two Pulitzer Prizes, at the Oregonian in 2001 and at the Orange County Register in 1996, for investigations of the U.S. Immigration and Naturalization Service and of fertility fraud at UC Irvine. He joined The Times in 2005 and left in 2022.

**Los Angeles Times**

**Discover the West Coast Perspective**

$1 for 6 months

SUBSCRIBE NOW

✕

**Exhibit 3**

On: 11 March 2019 16:37, "John Quan" ████████████ wrote:

Good Afternoon,

SCPPA has received 33 proposals and 1 proposal after the 4:00 pm deadline.  Let me know if you still want to accept the proposal that was late.  Also you may notice two Capgemini folder.  Same company just two different located firms submitted a response to the proposal.

Link to all the proposals will be found in Laserfiche → http://members.scppa.org/WebLink8/Browse.aspx?dbid=1&startid=35802

Regards,



**John Quan |** Utility Analyst
**Southern California Public Power Authority**
1160 Nicole Court, Glendora, CA 91740
████████████████████████████

-------------------------Confidentiality Notice-------------------------- This electronic message transmission contains information from the Los Angeles Department of Water and Power, which may be confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachment without reading or saving in any manner.
-------------------------Confidentiality Notice-------------------------- This electronic message transmission contains information from the Los Angeles Department of Water and Power, which may be confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachment without reading or saving in any manner.
-------------------------Confidentiality Notice-------------------------- This electronic message transmission contains information from the Los Angeles Department of Water and Power, which may be confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachment without reading or saving in any manner.

## **Exhibit 4**

## **[A/V Clip Lodged Manually]**

## **Exhibit 5**

## [A/V Clip Lodged Manually]

**Exhibit 6**



**Find family**
**getaways nearby**
Book early

# TRANSPARENT CALIFORNIA

### California's largest public pay and pension database

Home  /  Special Districts  /  2018  /  Los Angeles Department of Water and Power  /  David F Alexander

## **David F Alexander**

### Executive Assistant To The General Manager (2018)

> **Note:** The LADWP's refusal to provide retirement costs on an employee basis necessitated estimation to capture the full cost displayed below.

| | |
|---:|:---|
| **Regular pay:** | $225,344.80 |
| **Overtime pay:** | $0.00 |
| **Other pay:** | $17,823.59 |
| **Total pay:** | $243,168.39 |
| **Benefits:** | $128,153.52 |
| **Total pay & benefits:** | $371,321.91 |
| **Share:** | Tweet |
| | Share |

© 2022 Transparent California

About | Contact | Blog | Disclaimer | Privacy Policy | FAQ | Donate



**Vacation homes**
**for whoever you**
**call family**
Find yours

## **Exhibits 7-13**

**[A/V Clips Lodged Manually]**

**Exhibit 14**



# Extraction Report
Apple iPhone Logical

## Participants



+        9092



+        7421
David Alexander Cell*

## Conversation - Instant Messages

1



+████7421 David Alexander Cell

When do I get to see the flat black Mercedes?

**Status:** Read
**Read:** 7/1/2019 11:20:43 PM(UTC+0)

7/1/2019 11:11:10 PM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC59B689 (Table: message, handle, chat, Size: 282247168 bytes)

+████9092

I am working on the draft. Hoping to have a draft in good enough shape to show you by this coming Friday... but not later than next Monday. Thank you for checking in. Will keep you updated.

**Status:** Sent
**Delivered:** 7/1/2019 11:23:59 PM(UTC+0)

7/1/2019 11:23:58 PM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC59CFE4 (Table: message, chat, Size: 282247168 bytes)

+████7421 David Alexander Cell

Ok.

**Status:** Read
**Read:** 7/1/2019 11:33:22 PM(UTC+0)

7/1/2019 11:30:34 PM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC59C61A (Table: message, handle, chat, Size: 282247168 bytes)

+[ ]9092

I need info on what the compliance matrix is in the RFP. That was not in the SCPPA RFP. Thanks.

**Status:** Sent
**Delivered:** 7/2/2019 10:02:49 PM(UTC+0)

7/2/2019 10:02:48 PM(UTC+0)

Source:

var/mobile/Library/SMS/sms.db : 0xC5BEA81 (Table: message, chat, Size: 282247168 bytes)

+[ ]7421 David Alexander Cell

It is a document that clearly maps how the elements of your proposal map to the identified technical requirements. It is essentially a table that says:
"Your requirement for red paint on the car is demonstrated on my page 42, section 3"

**Status:** Read
**Read:** 7/2/2019 10:08:00 PM(UTC+0)

7/2/2019 10:07:47 PM(UTC+0)

Source:

var/mobile/Library/SMS/sms.db : 0xC5BE679 (Table: message, handle, chat, Size: 282247168 bytes)

+[ ]9092

Do you have any examples you can share with me?

**Status:** Sent
**Delivered:** 7/2/2019 10:08:48 PM(UTC+0)

7/2/2019 10:08:48 PM(UTC+0)

Source:

var/mobile/Library/SMS/sms.db : 0xC5BE2EE (Table: message, chat, Size: 282247168

+[ ]7421 David Alexander Cell

I'm looking...

**Status:** Read
**Read:** 7/2/2019 10:09:15 PM(UTC+0)

7/2/2019 10:09:15 PM(UTC+0)

Source:

var/mobile/Library/SMS/sms.db : 0xC5BFFE8 (Table: message, handle, chat, Size: 282247168 bytes)

+[ ]7421 David Alexander Cell

I gotcha dude.

**Status:** Read
**Read:** 7/2/2019 10:09:19 PM(UTC+0)

7/2/2019 10:09:19 PM(UTC+0)

Source:

var/mobile/Library/SMS/sms.db : 0xC5BFE26 (Table: message, handle, chat, 68 bytes)

+[ ]9092

Thx

**Status:** Sent
**Delivered:** 7/2/2019 10:09:29 PM(UTC+0)

7/2/2019 10:09:28 PM(UTC+0)

Source:

var/mobile/Library/SMS/sms.db : 0xC5BFC62 (Table: message, chat, Size: 282247168 bytes)

+████████7421 David Alexander Cell

Talk??
Status: Read
Read: 7/2/2019 11:26:54 PM(UTC+0)

7/2/2019 11:14:18 PM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC5C036C (Table: message, handle, chat, 68 bytes)

+████████9092

Driving but you can call me if you want.
Status: Sent
Delivered: 7/2/2019 11:29:14 PM(UTC+0)

7/2/2019 11:29:13 PM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC5C1FE4 (Table: message, chat, Size: 282247168 bytes)

+████████7421 David Alexander Cell

Why does your voicemail sound like you made the recording in a prison? I wanted to talk a little bit more about form and content to the proposal, when you get a chance.
Status: Read
Read: 7/3/2019 7:22:43 PM(UTC+0)

7/3/2019 7:22:11 PM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC5DBADB (Table: message, handle, chat, Size: 282247168 bytes)

+████████7421 David Alexander Cell

The latest questions have been posted on the AVN. Make sure you take a look at them. I also want to discuss the proposal with you.
Status: Read
Read: 7/3/2019 9:45:55 PM(UTC+0)

7/3/2019 9:39:29 PM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC5E04E8 (Table: message, handle, chat, Size: 282247168 bytes)

+████████9092

Happy 4th. Not sure how, but I missed your texts from yesterday until just now - so I apologize for not responding earlier.

I don't want to interrupt your 4th, so maybe we can discuss tomorrow?  On the other hand, I am working on the RFP Response today, so if you feel like calling me to discuss, feel free.  I appreciate your help and input, but I do not want to bother you on a holiday unless you want to talk. Just let me know.
Status: Sent
Delivered: 7/4/2019 5:50:49 PM(UTC+0)

7/4/2019 5:50:49 PM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC5F4FE4 (Table: message, chat, Size: 282247168 bytes)



**7421 David Alexander Cell**

Tried calling. You must be busy. We can talk tomorrow. There is some content that I want to send you. I'm gonna go ahead and email it to you from my account. Take a look at it and see what you think.

**Status:** Read
**Read:** 7/5/2019 4:41:35 PM(UTC+0)

7/5/2019 1:05:27 AM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC5F9851 (Table: message, handle, chat, Size: 282247168 bytes)

**7421 David Alexander Cell**

Are you planning to meet in the afternoon, say after 1:00 PM?

**Status:** Read
**Read:** 7/5/2019 4:41:35 PM(UTC+0)

7/5/2019 1:08:55 AM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC5FAFE8 (Table: message, handle, chat, Size: 282247168 bytes)

**7421 David Alexander Cell**

How you doing?

**Status:** Read
**Read:** 7/5/2019 4:41:35 PM(UTC+0)

7/5/2019 4:33:05 PM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC600A06 (Table: message, handle, chat, 68 bytes)

**9092**

I am running behind because I had a conference call. I am hoping to leave SM by 10:45 an planning to be at Disney Center to meet you around 11:30. Will let you know as I get closer. Thanks.

**Status:** Sent
**Delivered:** 7/5/2019 4:44:15 PM(UTC+0)

7/5/2019 4:44:15 PM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC601FE4 (Table: message, chat, Size: 282247168 bytes)

**7421 David Alexander Cell**

How long will you have with me??

**Status:** Read
**Read:** 7/5/2019 5:01:24 PM(UTC+0)

7/5/2019 4:44:44 PM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC601479 (Table: message, handle, chat, 68 bytes)



**9092**

60-90 minutes.

**Status:** Sent
**Delivered:** 7/5/2019 5:01:37 PM(UTC+0)

7/5/2019 5:01:36 PM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC601293 (Table: message, chat, Size: 282247168 bytes)



+_____7421 David Alexander Cell

Ok

**Status:** Read
**Read:** 7/5/2019 5:02:13 PM(UTC+0)

7/5/2019 5:02:09 PM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC602FE8 (Table: message, handle, chat, 68 bytes)

+_____7421 David Alexander Cell

I had moved to somebody else to the lunch/afternoon because I was anticipating you at 9:30ish... Lemme see if I can swing them around.

**Status:** Read
**Read:** 7/5/2019 5:03:18 PM(UTC+0)

7/5/2019 5:03:18 PM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC602E42 (Table: message, handle, chat, Size: 282247168 bytes)

+_____9092

Sorry for the change. We can keep things to an hour so you can still make lunch at 12:30 if you want?

**Status:** Sent
**Delivered:** 7/5/2019 5:04:25 PM(UTC+0)

7/5/2019 5:04:24 PM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC602B8B (Table: message, chat, Size: 282247168 bytes)

+_____7421 David Alexander Cell

No need. Just get here when you can.

**Status:** Read
**Read:** 7/5/2019 5:05:03 PM(UTC+0)

7/5/2019 5:05:03 PM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC6025F2 (Table: message, handle, chat, Size: 282247168 bytes)

+_____9092

Ok

**Status:** Sent
**Delivered:** 7/5/2019 5:06:56 PM(UTC+0)

7/5/2019 5:06:55 PM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC602402 (Table: message, chat, Size: ytes)

+_____9092

Heading to Disney now. See you inside at the usual place at 11:30. Thx

**Status:** Sent
**Delivered:** 7/5/2019 5:46:31 PM(UTC+0)

7/5/2019 5:46:31 PM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC603FE4 (Table: message, chat, Size: 282247168 bytes)



+_____9092

Just got to Disney center. Waiting for you inside

**Status:** Sent
**Delivered:** 7/5/2019 6:25:21 PM(UTC+0)

7/5/2019 6:25:21 PM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC603A55 (Table: message, chat, Size: 282247168 b

+_____7421 David Alexander Cell

Hey! You win! I'm around the corner. Be there in just a couple minutes.

**Status:** Read
**Read:** 7/5/2019 6:26:14 PM(UTC+0)

7/5/2019 6:25:46 PM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC604FE8 (Table: message, handle, chat, Size: 282247168 bytes)

+_____9092

I just emailed you the version of the RFP response we reviewed today. Please confirm you got the email. Thanks again for all your help.

**Status:** Sent
**Delivered:** 7/6/2019 1:52:05 AM(UTC+0)

7/6/2019 1:52:05 AM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC609FE4 (Table: message, chat, Size: 282247168 bytes)

+_____7421 David Alexander Cell

Received.

**Status:** Read
**Read:** 7/6/2019 1:58:30 AM(UTC+0)

7/6/2019 1:56:20 AM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC609A67 (Table: message, handle, chat, Size: 282247168 bytes)

+_____9092

Great - thanks

**Status:** Sent
**Delivered:** 7/6/2019 1:58:37 AM(UTC+0)

7/6/2019 1:58:37 AM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC6098AF (Table: message, chat, Size: ytes)



+[REDACTED]7421 David Alexander Cell

You okay??

**Attachments:**

**Size:** 891790
**File name:** FullSizeRender.jpeg
FullSizeRender.jpeg

**Status:** Read
**Read:** 7/6/2019 4:08:43 AM(UTC+0)

7/6/2019 3:42:27 AM(UTC+0)

Source:
var/mobile/Library/SMS/sms.db : 0xC60DDE4 (Table: message, handle, chat,
ze: 282247168 bytes)
var/mobile/Library/SMS/Attachments/56/06/901E138F-2E1C-48A4-9BB8-
02/FullSizeRender.jpeg :  (Size: 891790 bytes)

+[REDACTED]9092

Yes - but I have to tell you that 7.1 is a whole new feeling.

**Status:** Sent
**Delivered:** 7/6/2019 4:09:12 AM(UTC+0)

7/6/2019 4:09:12 AM(UTC+0)

Source:
var/mobile/Library/SMS/sms.db : 0xC60DB3A (Table: message, chat, Size: 282247168 bytes)

+[REDACTED]7421 David Alexander Cell

Lol. I was around for Sylmar in 71, and Northridge in 94.

**Status:** Read
**Read:** 7/6/2019 4:10:36 AM(UTC+0)

7/6/2019 4:10:01 AM(UTC+0)

Source:
var/mobile/Library/SMS/sms.db : 0xC60EDEA (Table: message, handle, chat, Size: 282247168

+[REDACTED]9092

I am an East Coast boy .... snow and hurricanes...

**Status:** Sent
**Delivered:** 7/6/2019 4:11:06 AM(UTC+0)

7/6/2019 4:11:06 AM(UTC+0)

Source:
bytes)
var/mobile/Library/SMS/sms.db : 0xC60E9A8 (Table: message, chat, Size: 282247168

+[REDACTED]7421 David Alexander Cell

Lol

**Status:** Read
**Read:** 7/6/2019 4:12:22 AM(UTC+0)

7/6/2019 4:11:26 AM(UTC+0)

Source:
var/mobile/Library/SMS/sms.db : 0xC60E7A2 (Table: message, handle, chat,
68 bytes)



**7421 David Alexander Cell**

Did you lock or secure the document?

**Status:** Read
**Read:** 7/6/2019 5:11:53 AM(UTC+0)

7/6/2019 4:32:49 AM(UTC+0)

Source:     var/mobile/Library/SMS/sms.db : 0xC611888 (Table: message, handle, chat, 68 bytes)

9092

Yes - do you need me to unlock it?

**Status:** Sent
**Delivered:** 7/6/2019 5:12:14 AM(UTC+0)

7/6/2019 5:12:13 AM(UTC+0)

Source:     var/mobile/Library/SMS/sms.db : 0xC61169A (Table: message, chat, Size: 282247168 bytes)

**7421 David Alexander Cell**

No. Got it going.

**Status:** Read
**Read:** 7/6/2019 5:18:57 AM(UTC+0)

7/6/2019 5:12:32 AM(UTC+0)

Source:     var/mobile/Library/SMS/sms.db : 0xC6114B4 (Table: message, handle, chat, 68 bytes)

**7421 David Alexander Cell**

Sent you some sample. I finished up to (not including) GRC.  It is taking a lot longer than hoped. That said, I am hoping you can get an idea of what I'm suggesting. Still plugging away, though I do have some errands today. Gimme your thoughts.

**Status:** Read
**Read:** 7/6/2019 6:09:07 PM(UTC+0)

7/6/2019 5:58:04 PM(UTC+0)

Source:     var/mobile/Library/SMS/sms.db : 0xC6148A5 (Table: message, handle, chat, Size: 282247168 bytes)

9092

Just responded to your email. You are doing a great job! Thank you for all your help.

**Status:** Sent
**Delivered:** 7/6/2019 7:00:10 PM(UTC+0)

7/6/2019 7:00:09 PM(UTC+0)

Source:     var/mobile/Library/SMS/sms.db : 0xC616C14 (Table: message, chat, Size: 282247168 bytes)

**7421 David Alexander Cell**

Now do you get a sense of what I'm talking about?

**Status:** Read
**Read:** 7/7/2019 2:41:56 AM(UTC+0)

7/6/2019 7:00:43 PM(UTC+0)

Source:     var/mobile/Library/SMS/sms.db : 0xC6169C7 (Table: message, handle, chat, Size: 282247168 bytes)



+☐☐☐7421 David Alexander Cell

Done. Go take a look.

**Status:** Read
**Read:** 7/7/2019 2:41:56 AM(UTC+0)

7/7/2019 12:11:07 AM(UTC+0)

Source:     var/mobile/Library/SMS/sms.db : 0xC616546 (Table: message, handle, chat, 68 bytes)

+☐☐☐7421 David Alexander Cell

When do we meet tomorrow?

**Status:** Read
**Read:** 7/7/2019 7:38:53 AM(UTC+0)

7/7/2019 4:25:58 AM(UTC+0)

Source:     var/mobile/Library/SMS/sms.db : 0xC619FE8 (Table: message, handle, chat, Size: 282247168 bytes)

+☐☐☐9092

I should be back in SM and ready to go by 7 pm - does that work for you?

**Status:** Sent
**Delivered:** 7/7/2019 7:39:27 AM(UTC+0)

7/7/2019 7:39:26 AM(UTC+0)

Source:     var/mobile/Library/SMS/sms.db : 0xC619B13 (Table: message, chat, Size: 282247168 bytes)

+☐☐☐7421 David Alexander Cell

I think so. Should I eat before the mtg?

**Status:** Read
**Read:** 7/7/2019 6:31:52 PM(UTC+0)

7/7/2019 1:53:30 PM(UTC+0)

Source:     var/mobile/Library/SMS/sms.db : 0xC61ADFA (Table: message, handle, chat, Size: 282247168 bytes)

+☐☐☐7421 David Alexander Cell

Can I get the address?

**Status:** Read
**Read:** 7/7/2019 6:31:52 PM(UTC+0)

7/7/2019 6:01:14 PM(UTC+0)

Source:     var/mobile/Library/SMS/sms.db : 0xC61CE40 (Table: message, handle, chat, 68 bytes)

+☐☐☐7421 David Alexander Cell

I think so. Should I eat before the mtg?

**Status:** Read
**Read:** 7/7/2019 6:31:52 PM(UTC+0)

7/7/2019 6:01:33 PM(UTC+0)

Source:     var/mobile/Library/SMS/sms.db : 0xC61CC72 (Table: message, handle, chat, Size: 282247168 bytes)



+▮▮▮9092

We can order food when you get here and work through the document.  Address is ▮▮▮▮▮▮ ▮▮▮▮▮.  You can park across the street. I will come downstairs to let you in when you get here.

By the way, you did such a good job re-working the document that I don't think this will take us more than an hour to walk through tonight.

**Status:** Sent
**Delivered:** 7/7/2019 6:34:32 PM(UTC+0)

7/7/2019 6:34:31 PM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC61DFE4 (Table: message, chat, Size: 282247168 bytes)

+▮▮▮9092

Sorry - I think you know, but address is in Santa Monica.

**Status:** Sent
**Delivered:** 7/7/2019 6:35:04 PM(UTC+0)

7/7/2019 6:35:03 PM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC61D425 (Table: message, chat, Size: 282247168 bytes)

+▮▮▮9092

Please be sure to bring your laptop and power cord with you.

**Status:** Sent
**Delivered:** 7/7/2019 11:21:12 PM(UTC+0)

7/7/2019 11:21:12 PM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC62073D (Table: message, chat, Size: 282247168 bytes)

+▮▮▮7421 David Alexander Cell

Ok.

**Status:** Read
**Read:** 7/7/2019 11:27:17 PM(UTC+0)

7/7/2019 11:27:16 PM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC620520 (Table: message, handle, chat, Size: 282247168 bytes)

+▮▮▮7421 David Alexander Cell

I am actually in the area now.

**Status:** Read
**Read:** 7/8/2019 12:59:24 AM(UTC+0)

7/8/2019 12:56:03 AM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC621C12 (Table: message, handle, chat, 68 bytes)

+▮▮▮9092

I should be home by 6:30 - I will text you as soon as I get back home so we can start a little earlier.

**Status:** Sent
**Delivered:** 7/8/2019 1:00:32 AM(UTC+0)

7/8/2019 1:00:31 AM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC621863 (Table: message, chat, Size: 282247168 bytes)



+[REDACTED]7421 David Alexander Cell

Excellent

**Status:** Read
**Read:** 7/8/2019 1:12:51 AM(UTC+0)

7/8/2019 1:01:50 AM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC622C26 (Table: message, handle, chat, 68 bytes)

+[REDACTED]7421 David Alexander Cell

Do you happen to have a permit for parking on the street?

**Status:** Read
**Read:** 7/8/2019 1:12:51 AM(UTC+0)

7/8/2019 1:06:37 AM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC622A70 (Table: message, handle, chat, Size: 282247168 bytes)

+[REDACTED]9092

No but there are usually meter spots directly across the street that are open.

**Status:** Sent
**Delivered:** 7/8/2019 1:12:41 AM(UTC+0)

7/8/2019 1:12:41 AM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC622858 (Table: message, chat, Size: 282247168 bytes)

+[REDACTED]7421 David Alexander Cell

Yeah I'm over here waiting for one to open up. :-)

**Status:** Read
**Read:** 7/8/2019 1:15:22 AM(UTC+0)

7/8/2019 1:15:21 AM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC622619 (Table: message, handle, chat, Size: 282247168 bytes)

+[REDACTED]7421 David Alexander Cell

Golden. Found a spot across the street.

**Status:** Read
**Read:** 7/8/2019 1:19:46 AM(UTC+0)

7/8/2019 1:19:46 AM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC62240F (Table: message, handle, chat, 68 bytes)

+[REDACTED]9092

Coming out to get you in 2 minutes

**Status:** Sent
**Delivered:** 7/8/2019 1:26:33 AM(UTC+0)

7/8/2019 1:26:32 AM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC62221B (Table: message, chat, Size: 282247168 bytes)



+_____7421 David Alexander Cell

Good deal.

**Status:** Read
**Read:** 7/8/2019 1:27:18 AM(UTC+0)

7/8/2019 1:26:58 AM(UTC+0)

Source:
var/mobile/Library/SMS/sms.db : 0xC623FE8 (Table: message, handle, chat, 68 bytes)

+_____7421 David Alexander Cell

Final review???

**Status:** Read
**Read:** 7/9/2019 6:15:34 PM(UTC+0)

7/9/2019 6:12:39 PM(UTC+0)

Source:
var/mobile/Library/SMS/sms.db : 0xC672FE8 (Table: message, handle, chat, Size: 282247168 bytes)

+_____9092

I had to go to San Francisco for the day and will not be back in Santa Monica until 8 pm

**Status:** Sent
**Delivered:** 7/9/2019 6:17:35 PM(UTC+0)

7/9/2019 6:17:35 PM(UTC+0)

Source:
var/mobile/Library/SMS/sms.db : 0xC672E24 (Table: message, chat, Size: 282247168 bytes)

+_____9092

I did everything we reviewed when you came over on Sunday

**Status:** Sent
**Delivered:** 7/9/2019 6:18:13 PM(UTC+0)

7/9/2019 6:18:12 PM(UTC+0)

Source:
var/mobile/Library/SMS/sms.db : 0xC6727CF (Table: message, chat, Size: 282247168 bytes)

+_____9092

I very much appreciate all the work you have already done on the Response - especially giving up a huge chunk of this past Saturday to re-write parts of it, so I tried not to bother you last night given that you were dealing with doctors all day yesterday.

**Status:** Sent
**Delivered:** 7/9/2019 6:20:19 PM(UTC+0)

7/9/2019 6:20:19 PM(UTC+0)

Source:
var/mobile/Library/SMS/sms.db : 0xC673FE4 (Table: message, chat, Size: 282247168 bytes)

+_____7421 David Alexander Cell

Dude. I appreciate that consideration.

I need to see the final.

**Status:** Read
**Read:** 7/9/2019 6:22:18 PM(UTC+0)

7/9/2019 6:22:10 PM(UTC+0)

Source:
var/mobile/Library/SMS/sms.db : 0xC67364A (Table: message, handle, chat, Size: 282247168 bytes)

+████████9092

I won't be back in SM until 8 pm, but I can meet you after that tonight if you want? Or early tomorrow morning?

**Status:** Sent
**Delivered:** 7/9/2019 6:23:08 PM(UTC+0)

7/9/2019 6:23:08 PM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC674FE4 (Table: message, chat, Size: 282247168 bytes)

+████████9092

Your call

**Status:** Sent
**Delivered:** 7/9/2019 6:23:13 PM(UTC+0)

7/9/2019 6:23:13 PM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC67426B (Table: message, chat, Size: 282247168 bytes)

+████████7421 David Alexander Cell

Tonight pls.

**Status:** Read
**Read:** 7/9/2019 6:26:31 PM(UTC+0)

7/9/2019 6:25:56 PM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC675FE8 (Table: message, handle, chat, 68 bytes)

+████████9092

Ok - where will you be around 9 pm? Do you want me to drive down and meet you near your house?

**Status:** Sent
**Delivered:** 7/9/2019 6:34:22 PM(UTC+0)

7/9/2019 6:34:21 PM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC6768F5 (Table: message, chat, Size: 282247168 bytes)

+████████7421 David Alexander Cell

No. I want you to send me the final draft for a review. I'll email it back quickly.

**Status:** Read
**Read:** 7/9/2019 6:35:54 PM(UTC+0)

7/9/2019 6:34:49 PM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC677C2A (Table: message, handle, chat, Size: 282247168 bytes)

+████████9092

Ok - will do, but I won't be able to do it until I get back because I do not have my computer with me or access to the file until I get back home tonight.

**Status:** Sent
**Delivered:** 7/9/2019 6:36:50 PM(UTC+0)

7/9/2019 6:36:49 PM(UTC+0)

Source: var/mobile/Library/SMS/sms.db : 0xC678FE4 (Table: message, chat, Size: 282247168 bytes)

+_____9092

Sorry about that

**Status:** Sent

**Delivered:** 7/9/2019 6:36:54 PM(UTC+0)

7/9/2019 6:36:54 PM(UTC+0)

Source:          var/mobile/Library/SMS/sms.db : 0xC678A00 (Table: message, chat, Size: ytes)

+_____7421 David Alexander Cell

Ok. No worries. When are you submitting?

**Status:** Read

**Read:** 7/9/2019 6:40:32 PM(UTC+0)

7/9/2019 6:37:17 PM(UTC+0)

Source:          var/mobile/Library/SMS/sms.db : 0xC67883E (Table: message, handle, chat, Size: 282247168 bytes)

+_____9092

Tomorrow

**Status:** Sent

**Delivered:** 7/9/2019 6:40:37 PM(UTC+0)

7/9/2019 6:40:37 PM(UTC+0)

Source:          var/mobile/Library/SMS/sms.db : 0xC67AFE4 (Table: message, chat, Size: ytes)

+_____7421 David Alexander Cell

Ok. Definitely tonight then.

**Status:** Read

**Read:** 7/9/2019 6:43:48 PM(UTC+0)

7/9/2019 6:40:55 PM(UTC+0)

Source:          var/mobile/Library/SMS/sms.db : 0xC67AB49 (Table: message, handle, chat, Size: 282247168 bytes)

+_____7421 David Alexander Cell

Download "Signal"...

**Status:** Read

**Read:** 7/9/2019 6:43:48 PM(UTC+0)

7/9/2019 6:41:31 PM(UTC+0)

Source:          var/mobile/Library/SMS/sms.db : 0xC67B89E (Table: message, handle, chat, 68 bytes)

+_____9092

I tried that and Confide on my new phone and neither is working so I just do regular texting and delete them. What is up?

**Status:** Sent

**Delivered:** 7/9/2019 6:45:32 PM(UTC+0)

7/9/2019 6:45:32 PM(UTC+0)

Source:          var/mobile/Library/SMS/sms.db : 0xC67DFE4 (Table: message, chat, Size: 282247168 bytes)

7421 David Alexander Cell

Nothing. I just think it is operator error...

**Status:** Read
**Read:** 7/9/2019 6:46:14 PM(UTC+0)

7/9/2019 6:46:13 PM(UTC+0)

Source:      var/mobile/Library/SMS/sms.db : 0xC67DD4F (Table: message, handle, chat, Size: tes)

9092

And yes, I will definitely send you the latest draft of the Response tonight when I get home so you can look it over tonight. Thanks again for all your help.

**Status:** Sent
**Delivered:** 7/9/2019 6:47:04 PM(UTC+0)

7/9/2019 6:47:03 PM(UTC+0)

Source:      var/mobile/Library/SMS/sms.db : 0xC67DB3F (Table: message, chat, Size: 282247168 bytes)

7421 David Alexander Cell

You're welcome

**Status:** Read
**Read:** 7/9/2019 6:49:18 PM(UTC+0)

7/9/2019 6:47:25 PM(UTC+0)

Source:      var/mobile/Library/SMS/sms.db : 0xC67D2D3 (Table: message, handle, chat, 68 bytes)

9092

On another note, have you spoken to Donna to find out if she will be around and able to be an evaluator for the Cyber RFP?

**Status:** Sent
**Delivered:** 7/9/2019 6:51:29 PM(UTC+0)

7/9/2019 6:51:29 PM(UTC+0)

Source:      var/mobile/Library/SMS/sms.db : 0xC67E8A2 (Table: message, chat, Size: 282247168 bytes)

7421 David Alexander Cell

Yes. Problem handled. She can't. She's on emergency vacation (family showed up, unscheduled).

I told her and Kwok I would handle Flora as the panelist. I can work well with her, toward our desired goals.

**Status:** Read
**Read:** 7/9/2019 6:52:43 PM(UTC+0)

7/9/2019 6:52:42 PM(UTC+0)

Source:      var/mobile/Library/SMS/sms.db : 0xC67E60B (Table: message, handle, chat, Size: 282247168 bytes)

9092

Are you confident that Flora will cooperate with you and rank Ardent with a very high overall score?

**Status:** Sent
**Delivered:** 7/9/2019 6:54:04 PM(UTC+0)

7/9/2019 6:54:04 PM(UTC+0)

Source:      var/mobile/Library/SMS/sms.db : 0xC67FCED (Table: message, chat, Size: 282247168 bytes)



+■■■7421 David Alexander Cell

Very...

**Status:** Read
**Read:** 7/9/2019 6:55:11 PM(UTC+0)

7/9/2019 6:54:58 PM(UTC+0)

Source:         var/mobile/Library/SMS/sms.db : 0xC67F6CE (Table: message, handle, chat,
                68 bytes)

+■■■9092

Excellent.

**Status:** Sent
**Delivered:** 7/9/2019 6:55:18 PM(UTC+0)

7/9/2019 6:55:18 PM(UTC+0)

Source:         var/mobile/Library/SMS/sms.db : 0xC680FE4 (Table: message, chat, Size:
                282247168 bytes)

+■■■7421 David Alexander Cell

Thoughts on when you will send the doc?

**Status:** Read
**Read:** 7/10/2019 4:06:45 AM(UTC+0)

7/10/2019 4:06:27 AM(UTC+0)

Source:         var/mobile/Library/SMS/sms.db : 0xC68E683 (Table: message, handle, chat,
                68 bytes)

+■■■9092

My flight was delayed. I just landed in Burbank. I will email you the draft Response as soon as I get home. I apologize.

**Status:** Sent
**Delivered:** 7/10/2019 4:07:25 AM(UTC+0)

7/10/2019 4:07:25 AM(UTC+0)

Source:         var/mobile/Library/SMS/sms.db : 0xC68E48F (Table: message, chat, Size: 282247168 bytes)

+■■■7421 David Alexander Cell

Ok

**Status:** Read
**Read:** 7/10/2019 4:07:39 AM(UTC+0)

7/10/2019 4:07:38 AM(UTC+0)

Source:         var/mobile/Library/SMS/sms.db : 0xC68E1FC (Table: message, handle, chat,
                68 bytes)

+■■■9092

Should be home within the hour if traffic cooperates

**Status:** Sent
**Delivered:** 7/10/2019 4:07:45 AM(UTC+0)

7/10/2019 4:07:44 AM(UTC+0)

Source:         var/mobile/Library/SMS/sms.db : 0xC68FFE4 (Table: message, chat, Size: 282247168 bytes)



+_____7421 David Alexander Cell

Ok

**Status:** Read
**Read:** 7/10/2019 5:04:29 AM(UTC+0)

7/10/2019 4:15:28 AM(UTC+0)

Source:
var/mobile/Library/SMS/sms.db : 0xC691E19 (Table: message, handle, chat, 68 bytes)

+_____9092

Stuck in traffic - not moving right now. Cops appear to have 405 South lanes closed due to an accident. Sorry about the delay in getting you the draft Response to review.

**Status:** Sent
**Delivered:** 7/10/2019 5:05:48 AM(UTC+0)

7/10/2019 5:05:48 AM(UTC+0)

Source:
var/mobile/Library/SMS/sms.db : 0xC696631 (Table: message, chat, Size: 282247168 bytes)

+_____7421 David Alexander Cell

Have you had Wrights review?

**Status:** Read
**Read:** 7/10/2019 5:09:59 AM(UTC+0)

7/10/2019 5:06:49 AM(UTC+0)

Source:
var/mobile/Library/SMS/sms.db : 0xC696336 (Table: message, handle, chat, 68 bytes)

+_____7421 David Alexander Cell

/Have you printed the copies, yet

**Status:** Read
**Read:** 7/10/2019 5:09:59 AM(UTC+0)

7/10/2019 5:09:09 AM(UTC+0)

Source:
var/mobile/Library/SMS/sms.db : 0xC697FE8 (Table: message, handle, chat, Size: 282247168 bytes)

+_____9092

Yes I have Wright's sign off. He approved the version that you and I did Sunday night when you came over.

**Status:** Sent
**Delivered:** 7/10/2019 5:10:46 AM(UTC+0)

7/10/2019 5:10:45 AM(UTC+0)

Source:
var/mobile/Library/SMS/sms.db : 0xC698FE4 (Table: message, chat, Size: 282247168 bytes)

+_____9092

And I have not printed yet. I need to start as soon as I get home

**Status:** Sent
**Delivered:** 7/10/2019 5:11:09 AM(UTC+0)

7/10/2019 5:11:08 AM(UTC+0)

Source:
var/mobile/Library/SMS/sms.db : 0xC6988C2 (Table: message, chat, Size: 282247168 bytes)



+███████7421 David Alexander Cell

Ok.

**Status:** Read
**Read:** 7/10/2019 5:11:14 AM(UTC+0)

7/10/2019 5:11:14 AM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC69869D (Table: message, handle, chat,
                    68 bytes)

+██████9092

Because it is going to take me several hours tonight to assemble all the copies I need to submit

**Status:** Sent
**Delivered:** 7/10/2019 5:11:44 AM(UTC+0)

7/10/2019 5:11:43 AM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC69AFE4 (Table: message, chat, Size: 282247168 bytes)

+███████7421 David Alexander Cell

They are due tomorrow at 2, right?

**Status:** Read
**Read:** 7/10/2019 5:11:45 AM(UTC+0)

7/10/2019 5:11:44 AM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC69AAB0 (Table: message, handle, chat,
                    68 bytes)

+██████9092

Yes

**Status:** Sent
**Delivered:** 7/10/2019 5:12:05 AM(UTC+0)

7/10/2019 5:12:05 AM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC69BAFD (Table: message, chat, Size:
                    282247168 bytes)

+███████7421 David Alexander Cell

Did you get feedback on the financial stuff?

**Status:** Read
**Read:** 7/10/2019 5:12:20 AM(UTC+0)

7/10/2019 5:12:19 AM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC69B955 (Table: message, handle, chat, Size:
                    tes)

+██████9092

But I have to go to the hospital for testing in the morning

**Status:** Sent
**Delivered:** 7/10/2019 5:12:24 AM(UTC+0)

7/10/2019 5:12:23 AM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC69B757 (Table: message, chat, Size: 282247168 bytes)

+_____9092

Yes - I got Wright's sign off on the fact that we are taking exception to it. The City has done two contracts with Ardent and this has not been an issue. Wright was fine with us taking exception to it.

**Status:** Sent

**Delivered:** 7/10/2019 5:13:55 AM(UTC+0)

7/10/2019 5:13:54 AM(UTC+0)

Source:    var/mobile/Library/SMS/sms.db : 0xC69B538 (Table: message, chat, Size: 282247168 bytes)

+_____7421 David Alexander Cell

Ok

**Status:** Read

**Read:** 7/10/2019 5:14:45 AM(UTC+0)

7/10/2019 5:14:06 AM(UTC+0)

Source:    var/mobile/Library/SMS/sms.db : 0xC69B1FB (Table: message, handle, chat, Size: 282247168 bytes)

+_____7421 David Alexander Cell

I just hope that little message gets passed to john Deere la Rosa.

**Status:** Read

**Read:** 7/10/2019 5:14:45 AM(UTC+0)

7/10/2019 5:14:21 AM(UTC+0)

Source:    var/mobile/Library/SMS/sms.db : 0xC69CFE8 (Table: message, handle, chat, Size: 282247168 bytes)

+_____7421 David Alexander Cell

John de la Rosa

**Status:** Read

**Read:** 7/10/2019 5:14:45 AM(UTC+0)

7/10/2019 5:14:30 AM(UTC+0)

Source:    var/mobile/Library/SMS/sms.db : 0xC69CDBF (Table: message, handle, chat, Size: 282247168 bytes)

+_____9092

I am counting on you to handle that if necessary because I am not sure Wright will want to talk to De Larosa directly on that topic.

**Status:** Sent

**Delivered:** 7/10/2019 5:16:22 AM(UTC+0)

7/10/2019 5:16:22 AM(UTC+0)

Source:    var/mobile/Library/SMS/sms.db : 0xC69CBF9 (Table: message, chat, Size: 282247168 bytes)

+_____7421 David Alexander Cell

I am not even sure how to bring that topic up to him... I would have to wait to see if your proposal is given to us.

**Status:** Read

**Read:** 7/10/2019 5:44:38 AM(UTC+0)

7/10/2019 5:39:49 AM(UTC+0)

Source:    var/mobile/Library/SMS/sms.db : 0xC69EE2D (Table: message, handle, chat, Size: 282247168 bytes)

+_____7421 David Alexander Cell

Are you home yet?

**Status:** Read
**Read:** 7/10/2019 5:44:38 AM(UTC+0)

7/10/2019 5:41:23 AM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC69EBA2 (Table: message, handle, chat, 68 bytes)



+_____9092

Yes - just got home and just emailed you

**Status:** Sent
**Delivered:** 7/10/2019 5:45:36 AM(UTC+0)

7/10/2019 5:45:35 AM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC69E621 (Table: message, chat, Size: 282247168 bytes)

+_____9092

Really apologize about the traffic delay

**Status:** Sent
**Delivered:** 7/10/2019 5:45:50 AM(UTC+0)

7/10/2019 5:45:49 AM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC69E429 (Table: message, chat, Size: tes)



+_____7421 David Alexander Cell

If you are not changing the diagrams, take them out, along with the preceding line, "For each of these types of service,…"

**Status:** Read
**Read:** 7/10/2019 5:51:00 AM(UTC+0)

7/10/2019 5:50:41 AM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC69FE0D (Table: message, handle, chat, Size: 282247168 bytes)

+_____7421 David Alexander Cell

Do you want me to edit??

**Status:** Read
**Read:** 7/10/2019 5:51:00 AM(UTC+0)

7/10/2019 5:50:47 AM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC69FB68 (Table: message, handle, chat, 68 bytes)



+_____9092

No time

**Status:** Sent
**Delivered:** 7/10/2019 5:51:11 AM(UTC+0)

7/10/2019 5:51:10 AM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC69F992 (Table: message, chat, Size: 282247168 bytes)

+▮▮▮9092

I only want edits for errors at this point

**Status:** Sent

**Delivered:** 7/10/2019 5:51:24 AM(UTC+0)

7/10/2019 5:51:24 AM(UTC+0)

Source:      var/mobile/Library/SMS/sms.db : 0xC69F7DC (Table: message, chat, Size: ytes)

+▮▮▮7421 David Alexander Cell

You have several errors... do you want to to just tell them in text?

**Status:** Read

**Read:** 7/10/2019 5:51:40 AM(UTC+0)

7/10/2019 5:51:39 AM(UTC+0)

Source:      var/mobile/Library/SMS/sms.db : 0xC69F5E6 (Table: message, handle, chat, Size: 282247168 bytes)

+▮▮▮9092

Yes please

**Status:** Sent

**Delivered:** 7/10/2019 5:52:18 AM(UTC+0)

7/10/2019 5:52:18 AM(UTC+0)

Source:      var/mobile/Library/SMS/sms.db : 0xC69F3B7 (Table: message, chat, Size: ytes)

+▮▮▮7421 David Alexander Cell

Corrections:

1. On Pages 3, 7, 12, and 15: If you are not changing the Design, Implement, Operate, Maintain diagrams, take them out, along with the preceding line, "For each of these types of service,..."
2. Page 11: insert Page Break.
3. Page 47: insert Page Break.
4. Page 57: insert Page Break.
5. Page 58: insert Page Break.
6. With 2-5 above, certify the TOC after you insert Page Breaks.
7. Are you planning to attach the Administrative Forms??

**Status:** Read

**Read:** 7/10/2019 6:02:25 AM(UTC+0)

7/10/2019 6:01:56 AM(UTC+0)

Source:      var/mobile/Library/SMS/sms.db : 0xC6A0FE8 (Table: message, handle, chat, Size: 282247168 bytes)

+▮▮▮9092

Thank you. And yes, Administrative Forms are getting attached.

**Status:** Sent

**Delivered:** 7/10/2019 6:03:34 AM(UTC+0)

7/10/2019 6:03:34 AM(UTC+0)

Source:      var/mobile/Library/SMS/sms.db : 0xC6A0AA5 (Table: message, chat, Size: 282247168 bytes)



+‗‗‗‗7421 David Alexander Cell

All good. Enjoy your evening.

**Status:** Read
**Read:** 7/10/2019 6:03:47 AM(UTC+0)

7/10/2019 6:03:47 AM(UTC+0)

Source:
var/mobile/Library/SMS/sms.db : 0xC6A0886 (Table: message, handle, chat,
68 bytes)

+‗‗‗‗7421 David Alexander Cell

**Status:** Read
**Read:** 7/10/2019 6:03:50 AM(UTC+0)

7/10/2019 6:03:50 AM(UTC+0)

Source:
var/mobile/Library/SMS/sms.db : 0xC6A06A8 (Table: message, handle, chat,
Size: 282247168 bytes)

+‗‗‗‗9092

Wish you were here to help me print and assemble all this shit

**Status:** Sent
**Delivered:** 7/10/2019 6:07:36 AM(UTC+0)

7/10/2019 6:07:36 AM(UTC+0)

Source:
var/mobile/Library/SMS/sms.db : 0xC6A04EA (Table: message, chat, Size: 282247168 bytes)

+‗‗‗‗7421 David Alexander Cell

lol

**Status:** Read
**Read:** 7/10/2019 6:08:08 AM(UTC+0)

7/10/2019 6:07:48 AM(UTC+0)

Source:
var/mobile/Library/SMS/sms.db : 0xC6A02CB (Table: message, handle, chat,
Size: 282247168 bytes)

+‗‗‗‗7421 David Alexander Cell

Where's the kid??

**Status:** Read
**Read:** 7/10/2019 6:08:08 AM(UTC+0)

7/10/2019 6:07:56 AM(UTC+0)

Source:
var/mobile/Library/SMS/sms.db : 0xC6A1FE8 (Table: message, handle, chat,
68 bytes)

+‗‗‗‗7421 David Alexander Cell

Why isnt Ryan and team helping you??

**Status:** Read
**Read:** 7/10/2019 6:08:13 AM(UTC+0)

7/10/2019 6:08:12 AM(UTC+0)

Source:
var/mobile/Library/SMS/sms.db : 0xC6A1E20 (Table: message, handle, chat,
Size: 282247168 bytes)

435

+_____9092

Kid is in NYC

**Status:** Sent

**Delivered:** 7/10/2019 6:08:29 AM(UTC+0)

7/10/2019 6:08:29 AM(UTC+0)

Source:            var/mobile/Library/SMS/sms.db : 0xC6A1C32 (Table: message, chat, Size: ytes)

+_____7421 David Alexander Cell

Ahhh

**Status:** Read

**Read:** 7/10/2019 6:08:34 AM(UTC+0)

7/10/2019 6:08:34 AM(UTC+0)

Source:            var/mobile/Library/SMS/sms.db : 0xC6A1A76 (Table: message, handle, chat, Size: 282247168 bytes)

+_____9092

And the team does technical shit

**Status:** Sent

**Delivered:** 7/10/2019 6:08:41 AM(UTC+0)

7/10/2019 6:08:41 AM(UTC+0)

Source:            var/mobile/Library/SMS/sms.db : 0xC6A18C8 (Table: message, chat, Size: ytes)

+_____9092

I do writing shit

**Status:** Sent

**Delivered:** 7/10/2019 6:08:51 AM(UTC+0)

7/10/2019 6:08:51 AM(UTC+0)

Source:            var/mobile/Library/SMS/sms.db : 0xC6A16E2 (Table: message, chat, Size: 282247168 bytes)

+_____7421 David Alexander Cell

Yeah. Understood. Wish I could help. Dying and need to sleep.

**Status:** Read

**Read:** 7/10/2019 6:09:14 AM(UTC+0)

7/10/2019 6:09:14 AM(UTC+0)

Source:       var/mobile/Library/SMS/sms.db : 0xC6A151E (Table: message, handle, chat, Size: 282247168 bytes)

+_____9092

Get some rest. Thanks again for all your help.

**Status:** Sent

**Delivered:** 7/10/2019 6:09:40 AM(UTC+0)

7/10/2019 6:09:40 AM(UTC+0)

Source:            var/mobile/Library/SMS/sms.db : 0xC6A12FB (Table: message, chat, Size: 282247168 bytes)

436



+█████7421 David Alexander Cell

Any time.

**Status:** Read
**Read:** 7/10/2019 6:09:52 AM(UTC+0)

7/10/2019 6:09:51 AM(UTC+0)

Source:     var/mobile/Library/SMS/sms.db : 0xC6A2FE8 (Table: message, handle, chat, 68 bytes)

+█████9092

Your work on Saturday was huge!

**Status:** Sent
**Delivered:** 7/10/2019 6:09:56 AM(UTC+0)

7/10/2019 6:09:56 AM(UTC+0)

Source:     var/mobile/Library/SMS/sms.db : 0xC6A2E2E (Table: message, chat, Size: 282247168 bytes)

+█████7421 David Alexander Cell

Did you tell wright?

**Status:** Read
**Read:** 7/10/2019 6:11:57 AM(UTC+0)

7/10/2019 6:11:51 AM(UTC+0)

Source:     var/mobile/Library/SMS/sms.db : 0xC6A28F2 (Table: message, handle, chat, 68 bytes)

+█████9092

Yes, we discussed it and he was very appreciative that you took the time to help make sure that this submission got done properly.

**Status:** Sent
**Delivered:** 7/10/2019 6:14:26 AM(UTC+0)

7/10/2019 6:14:25 AM(UTC+0)

Source:     var/mobile/Library/SMS/sms.db : 0xC6A2724 (Table: message, chat, Size: 282247168 bytes)

+█████7421 David Alexander Cell

Well. It is now up to your nimble and pained fingers to assemble the copies.

**Status:** Read
**Read:** 7/10/2019 6:17:59 AM(UTC+0)

7/10/2019 6:17:59 AM(UTC+0)

Source:     var/mobile/Library/SMS/sms.db : 0xC6A2477 (Table: message, handle, chat, Size: 282247168 bytes)

+█████9092

Yes it is... and when I am done and it is all submitted, it will be up to you to "manage" the evaluators the same way you did for the SCPAA process so that we get the correct result...

**Status:** Sent
**Delivered:** 7/10/2019 6:23:01 AM(UTC+0)

7/10/2019 6:23:01 AM(UTC+0)

Source:     var/mobile/Library/SMS/sms.db : 0xC6A3FE4 (Table: message, chat, Size: 282247168 bytes)

+[REDACTED]7421 David Alexander Cell

I know my job.

**Status:** Read
**Read:** 7/10/2019 6:23:46 AM(UTC+0)

7/10/2019 6:23:38 AM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC6A3CB9 (Table: message, handle, chat, 68 bytes)

+[REDACTED]9092

And thankfully, you do it extremely well!

**Status:** Sent
**Delivered:** 7/10/2019 6:24:17 AM(UTC+0)

7/10/2019 6:24:16 AM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC6A3AED (Table: message, chat, Size: 282247168 bytes)

+[REDACTED]7421 David Alexander Cell

Did you get the copies together, and the electronic versions ready to submit?

**Status:** Read
**Read:** 7/10/2019 2:40:35 PM(UTC+0)

7/10/2019 2:35:23 PM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC6A5A37 (Table: message, handle, chat, Size: 282247168 bytes)

+[REDACTED]9092

Yes I did. Very late night. Also, question for you, how many copies of the Fee Schedule get submitted? And that is in a separate sealed envelope that says Ardent Fee Schedule - Confidential" correct?

**Status:** Sent
**Delivered:** 7/10/2019 2:42:36 PM(UTC+0)

7/10/2019 2:42:35 PM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC6A57F6 (Table: message, chat, Size: 282247168 bytes)

+[REDACTED]9092

And who does that set submitted to?

**Status:** Sent
**Delivered:** 7/10/2019 2:42:52 PM(UTC+0)

7/10/2019 2:42:52 PM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC6A54B9 (Table: message, chat, Size: ytes)



+[REDACTED]7421 David Alexander Cell

I think it is one copy for the fee schedule.

**Status:** Read
**Read:** 7/10/2019 3:44:34 PM(UTC+0)

7/10/2019 3:41:19 PM(UTC+0)

Source:        var/mobile/Library/SMS/sms.db : 0xC6A63A5 (Table: message, handle, chat, Size: 282247168 bytes)

+████7421 David Alexander Cell

Also submitted to vendor liaison.

**Status:** Read
**Read:** 7/10/2019 3:44:34 PM(UTC+0)

7/10/2019 3:41:32 PM(UTC+0)

Source:      var/mobile/Library/SMS/sms.db : 0xC6A7FE8 (Table: message, handle, chat, 68 bytes)



+████9092

**Attachments:**

**Size:** 439184
**File name:** IMG_8495.JPG
IMG_8495.JPG

**Status:** Sent
**Delivered:** 7/10/2019 6:43:35 PM(UTC+0)

7/10/2019 6:43:33 PM(UTC+0)

Source:      var/mobile/Library/SMS/sms.db : 0xC6AF4CD (Table: message, chat, attachment, Size: 282247168 bytes)
            var/mobile/Library/SMS/Attachments/56/06/2C132BCD-006B-41A1-A3D2-3C6779455A8/IMG_8495.JPG :  (Size: 439184 bytes)

+████9092

Thanks again for all your help. And especially for re-writing last Saturday.

**Status:** Sent
**Delivered:** 7/10/2019 6:44:09 PM(UTC+0)

7/10/2019 6:44:09 PM(UTC+0)

Source:      var/mobile/Library/SMS/sms.db : 0xC6B0FE4 (Table: message, chat, Size: 282247168 bytes)



+████7421 David Alexander Cell

You're welcome.

**Status:** Read
**Read:** 7/10/2019 6:44:34 PM(UTC+0)

7/10/2019 6:44:18 PM(UTC+0)

Source:      var/mobile/Library/SMS/sms.db : 0xC6B0A43 (Table: message, handle, chat, Size: 282247168 bytes)



+████7421 David Alexander Cell

15 respondents. 1 disqualified already.

**Status:** Read
**Read:** 7/11/2019 8:37:28 PM(UTC+0)

7/11/2019 7:51:24 PM(UTC+0)

Source:      var/mobile/Library/SMS/sms.db : 0xC6D07F7 (Table: message, handle, chat, 68 bytes)

## **Exhibit 15**

### **[A/V Clip Lodged Manually]**